**Alfred G. Osterweil**
**310 Rossman Fly Road**
**P. O. Box 173**
**Summit, New York  12175**

**July 22, 2009**

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

JUL 2 4 2009

LAWRENCE K. BAERMAN, CLERK
ALBANY

Clerk's Office, USDC
James T. Foley U.S. Courthouse
445 Broadway, Room 509
Albany, New York   12207

Re:  **Osterweil v. Bartlett, et al**
     **Civil Action No. 1:09-CV-825 (GLS/DRH)**

Dear Sir:

With reference to the above-captioned matter, enclosed please find original and copy of Proof of Service and corresponding Summons with respect to Defendants Paterson and Cuomo.

Kindly file the originals and stamp as filed the copy of each.  Please return copies to me in the enclosed stamped, self-addressed envelope.

Very truly yours,

*[signature]*
Alfred G. Osterweil

Enclosures

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
JUL 2 4 2009
LAWRENCE K. BAERMAN, CLERK
ALBANY

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:09-CV-825 (GLS/DRH)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* David A. Paterson; Governor, State of NY
was received by me on *(date)* 7/21/2009.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jeffrey Pearlman, Ass't Counsel, who is designated by law to accept service of process on behalf of *(name of organization)* David A. Paterson, Governor of State of New York on *(date)* July 21, 2009 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: July 21, 2009

John C. Meaney
Server's signature

John C. Meaney
Printed name and title

P.O. Box 159, Summit, NY 12175
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of New York

| | | |
|---|---|---|
| ALFRED G. OSTERWEIL | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:09-CV-825 (GLS/DRH) |
| GEORGE R. BARTLETT III, ET AL. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* David A. Paterson
Governor of the State of New York
Executive Chamber
State House
Albany, NY 12224

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Alfred G. Osterweil
310 Rossman Fly Road
Summit, New York 12175

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**LAWRENCE K. BAERMAN**

07/21/2009

Date

Signature of Clerk

Signature of Deputy Clerk

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
JUL 2 4 2009
LAWRENCE K. BAERMAN, CLERK
ALBANY

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:09-CV-825 (GLS/DRH)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* Andrew M. Cuomo, Attorney General, State of NY
was received by me on *(date)* 7/21/09.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Cynthia Bosard vs, Legal Records Manager, who is
designated by law to accept service of process on behalf of *(name of organization)* Andrew M. Cuomo,
Attorney General for State of New York on *(date)* July 21, 2009; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: July 21, 2009

*Server's signature* John C. Meaney

*Printed name and title* John C. Meanly

*Server's address* P.O. Box 159, Summit, NY, 12175

Additional information regarding attempted service, etc:



AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| ALFRED G. OSTERWEIL | ) |
|---|---|
| Plaintiff | ) |
| v. | )  Civil Action No. 1:09-CV-825 (GLS/DRH) |
| GEORGE R. BARTLETT III, ET AL. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Andrew M. Cuomo
Attorney General of the State of New York
State of New York Attorney General Office
The Capitol
Albany, NY  12224-0341


A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
   Alfred G. Osterweil
   310 Rossman Fly Road
   Summit, New York  12175


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


07/21/2009
Date

LAWRENCE K. BAERMAN
Signature of Clerk

Signature of Deputy Clerk

R. Williams
1212 173
Seaman, NY 12?

U.S. DISTRICT COURT
RECEIVED
24 ...

LAWRENCE K. BAERMAN CLERK
ALBANY

Clerk Office, USDC Courthouse
James T. Foley US
445 Broadway - Room 509
Albany, New York, 12207



