**Alfred G. Osterweil**  
**310 Rossman Fly Road**  
**P. O. Box 173**  
**Summit, New York  12175**

July 22, 2009

U.S. DISTRICT COURT  
N.D. OF N.Y.  
FILED

JUL 2 4 2009

LAWRENCE K. BAERMAN, CLERK  
ALBANY

Clerk's Office, USDC  
James T. Foley U.S. Courthouse  
445 Broadway, Room 509  
Albany, New York  12207

**Re:  Osterweil v. Bartlett, et al**  
     <u>**Civil Action No. 1:09-CV-825 (GLS/DRH)**</u>

Dear Sir:

With reference to the above-captioned matter, enclosed please find original and copy of Proof of Service and corresponding Summons with respect to Defendant George R. Bartlett III.

Kindly file the originals and stamp as filed the copy of each.  Please return copies to me in the enclosed stamped, self-addressed envelope.

Very truly yours,

*[signature]*  
Alfred G. Osterweil

Enclosures

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* GEORGE R. BARTLETT III LICENSING OFFICER
was received by me on *(date)* 7/23/09 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* F. CHRISTIAN SPIES , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* 7/23/09 ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: MR SPIES IS CHIEF CLERK OF THE SCHOHARIE COUNTY COURT AND DEFENDANT BARTLETT IS A COUNTY COURT JUDGE

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/23/09

_____
Server's signature

*Printed name and title*
WALTER R. DENSEN

133 ALLEN RD. JEFFERSON NY 12093
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| ALFRED G. OSTERWEIL ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:09-CV-825 (GLS/DRH) |
| GEORGE R. BARTLETT III, ET AL. ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   George R. Bartlett III
Licensing Officer
Schoharie County Courthouse
Schoharie, NY 12157

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alfred G. Osterweil
310 Rossman Fly Road
Summit, New York 12175

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

07/21/2009
Date

**LAWRENCE K. BAERMAN**
Signature of Clerk

*[signature]*
Signature of Deputy Clerk



POB 173
Summit N.Y.
12175

Clerk, USDC
James T Foley U.S. Courthouse
445 Broadway, Room 509
Albany, New York, 12207