

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

ANDREW M. CUOMO
Attorney General

STATE COUNSEL DIVISION
Litigation Bureau

Writer Direct: (518) 473-6288
August 5, 2009

Hon. David R. Homer
United States Magistrate Judge
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, NY 12207

Re: *Osterweil, v. Bartlett III, et al.*
    09-CV-0825 (GLS)(DRH)
    Dol.# 09-099033-O

Dear Judge Homer:

    Defendants Bartlett, Paterson and Cuomo were served with process in the above-entitled action and a response is due on August 10, 2009. The allegations in the complaint must be investigated and records requested; therefore, I respectfully request an extension of time to September 10, 2009 within which to serve a response to the complaint. Plaintiff has been consulted and has kindly consented to the extension.

    Thank you for your consideration in this matter.

Respectfully,

*s/ Roger W. Kinsey*
Roger W. Kinsey
Assistant Attorney General
Bar Roll No. 508171
Roger.Kinsey@oag.state.ny.us

cc: Alfred G. Osterweil
    310 Rossman Fly Road
    Summit, New York 12224