UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ALFRED G. OSTERWEIL, | **DECLARATION OF** |
| *Plaintiff*, | **SERVICE** |
| -against- | 09-CV-0825 |
| GEORGE R. BARTLETT, In his official capacity as Licensing Officer in the County of Schoharie; DAVID A. PATTERSON, In his official capacity as Governor of the State of New York; ANDREW M. CUOMO, In his official capacity as Attorney General of the State of New York, | GLS/DRH |
| *Defendants*. | |

---

I, Mary Beth Maruski, declare pursuant to 28 USC **§** 1746, that on September 3, 2009, I served the **Defendants' Notice of Motion to Dismiss and MOL in Support of State Defendants' Motion to Dismiss the Complaint with supporting papers**, filed herein electronically upon the following individual, by depositing a true copy thereof, properly enclosed in a sealed, postpaid wrapper, in a post office box in the City of Albany, a depository under the exclusive care and custody of the United States Post Office Department, directed to the individual at the address, designated for that purpose, as follows:

Alfred G. Osterweil
310 Rossman Fly Road
Summit, New York 12175


Dated: September 3, 2009
       Albany, New York

*s/ Mary Beth Maruski*
Mary Beth Maruski