

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

ANDREW M. CUOMO
Attorney General

STATE COUNSEL DIVISION
Litigation Bureau

Writer Direct: (518) 473-6288
September 17, 2009

Hon. Gary L. Sharpe
United States District Judge
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, NY  12207

Re:  *Osterweil, v. Bartlett III, et al.*
     09-CV-0825 (GLS)(DRH)
     Dol.# 09-099033-O

Dear Judge Sharpe:

    Defendants herein are in receipt of plaintiff's response to defendants' motion to dismiss and submit this letter in reply.  We note that plaintiff has no objection to our motion to dismiss Defendants Paterson and Cuomo.  Plaintiff's Memorandum pg 3.  Defendants rely in full on their previous submissions and object to plaintiff's efforts to supplement the complaint and record with evidentiary submissions upon this motion addressing the face of the complaint alone.  Defendants therefore, stand on the arguments outlined in their original motion papers.

    Thank you for your consideration in this matter.

Respectfully,

*s/ Roger W. Kinsey*
Roger W. Kinsey
Assistant Attorney General
Bar Roll No. 508171
Roger.Kinsey@oag.state.ny.us

cc:  Alfred G. Osterweil
     310 Rossman Fly Road
     Summit , New York 12224