U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

SEP 21 2009

LAWRENCE K. BAERMAN, CLERK
ALBANY

## AFFIDAVIT OF SERVICE BY MAIL

State of New York      :
                       SS:
County of SCHOHARIE    :

1:09-CV-825 GLS/DRH

I, ALFRED G. OSTERWEIL, being duly sworn, deposes and says: that I am the plaintiff herein and served a copy of the following document(s):

MEMORANDUM AND APPENDIX ___ (Specify document(s))

on ROGER W KINSEY ___ (Name of person/Addressee)

at: OFFICE OF ATTORNEY GENERAL ___ (Address to which document(s)

THE CAPITOL, ALBANY NY 12224 were sent)

by mailing and depositing a true and correct copy of said document(s) in a mailbox located

at: SUMMIT NY 12175 ___,

on the following date: SEPTEMBER 16, 2009.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 9/17/09

_____
Signature of Plaintiff

Sworn to before me this 17th day of September, 2009.

_____
Notary Public

JOHN C. MEANEY
Notary Public, State of New York
No. 02ME6043607
Qualified in Schoharie County
Commission Expires June 19, 2010

FORM I (1)

ALFRED G. OSTERWEIL
310 ROSSMAN FLY ROAD
P.O. BOX 173
SUMMIT, NEW YORK  12175

SEPTEMBER 18, 2009

Ckerk's Office, USDC
James T. Foley, U. S. Courthouse
445 Broadway, Room 509
Albany, New York 12207

    Re: Osterweil v. Bartlett, et al
        Civil Action No. 1: 09-CV-825 (GLS/DRH)

Dear sir:

Enclosed for filing, please find proof of service of Plaintiff's Memorandum and Appendix in the above captioned matter.

        Very truly yours,

        Alfred G. Osterweil