

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

ANDREW M. CUOMO
Attorney General

STATE COUNSEL DIVISION
Litigation Bureau

Writer Direct:  (518) 473-6288
October 15, 2009

Hon. David R. Homer
United States magistrate Judge
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, NY  12207

Re:     *Osterweil, v. Bartlett III, et al.*
          09-CV-0825 (GLS)(DRH)
          Dol.# 09-099033-O

Dear Judge Homer:

        Defendants herein write to request adjournment of the FRCP 16 conference currently
scheduled for November 25, 2009.  Defendants have filed a Motion to Dismiss the matter in its
entirety and the Court has taken the motion on submit.  Defendants, therefore urge that the
parties should await the decision of the Court, prior to the conference and discovery since it may
be unnecessary.  Additionally, should the matter not be dismissed, there does not appear to be
great quantity of discovery to be done prior to either motion or trial.  After consultation, Plaintiff
herein joins the request.

        Thank you for your consideration in this matter.

                                        Respectfully,

                                        *s/ Roger W. Kinsey*
                                         Roger W. Kinsey
                                        Assistant Attorney General
                                        Bar Roll No. 508171
                                        Roger.Kinsey@oag.state.ny.us

cc:     Alfred G. Osterweil
        310 Rossman Fly Road
        Summit , New York 12224