**Alfred G. Osterweil**
310 Rossman Fly Road
Summit, New York 12175
Phone: 287-1646
October 26, 2009

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

OCT 2 7 2009

LAWRENCE K. BAERMAN, CLERK
ALBANY

Clerk, U.S. District Court
James T. Foley U. S. Courthouse
445 Broadway, Room 509
Albany, New York 12207

Re: Osterweil V. Bartlett, et al.
Northern District of New York
09-CV-0825 GLS/DRH

Dear Sir,

With reference to the above captioned matter, please be advised that effective October 30, 2009, the address at which I may be reached is as follows:
197 Lawson Lane
Many, Louisiana 71449
Phone: (318) 256-1484
By copy of this letter, I am advising my adversary of this address modification.

Very truly yours,

Alfred G. Osterweil

cc: Attorney General