**ALFRED G. OSTERWEIL**
310 Rossman Fly Road
Summit, New York  12175
Phone: 318  287-1646
July 26, 2010

Clerk, U.S. District Court
Northern District of New York
James T. Foley U. S. Courthouse
445 Broadway
Albany, New York 12207

Re: Osterweil v. Bartlett et al

09-CV 0825  GLS/DRH

Dear Sir:

I apologize for not advising the Court earlier that I had been on vacation and not available to take a phone call or otherwise be in a position to be in contact with the Court.

Presently, I am at my home in Summit, the address and phone number shown above.

I will advise the Court when I return to my home in Louisiana and will also advise my adversary when the above address is no longer be viable.

I hereby certify that I am mailing a copy of this letter to Mr. Kinsey today with appropriate postage affixed on this date.

Very truly yours,

Alfred G. Osterweil, Plaintiff *pro se*

Bob Bis
Summit NY
12175

U.S. DISTRICT COURT
N.D. OF N.Y.
RECEIVED
JUL 27 2010
LAWRENCE K. BAERMAN, CLERK
ALBANY

Clerk, USDC
Northern District of N.Y.
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

KATE SMITH
USA 44