UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

AUG 1 8 2010

LAWRENCE K. BAERMAN, CLERK
ALBANY

ALFRED G. OSTERWEIL,

               *Plaintiff*

09-CV-825

versus

GLS/DRH

GEORGE R. BARTLETT, III

               *Defendant*

To:  Roger W. Kinsey, Esq., Attorney for Defendant

    Please take Notice that the undersigned does hereby move, before the Honorable Gary L. Sharpe, for an order vacating so much of a Decision and Order of the Court, entered on February 24, 2010, which dismissed Plaintiff's first, second and third causes of action, and

    Please take further Notice that we shall rely upon the Affidavit annexed hereto, and the enclosed Memorandum In Support Of Plaintiff's Motion and

    Please take further Notice that we hereby request the Court to hear this matter on a date to be fixed by the Clerk, consistent with Local Rule 7.1

               ALFRED G. OSTERWEIL,    PLAINTIFF *PRO SE*

           310 Rossman Fly Road
           P. O. Box 173
           Summit, New York  12175
           Phone (318) 287-1646