ALFRED G. OSTERWEIL
310 Rossman Fly Road
P. O. Box 173
Summit, New York, 12175
Phone: (518) 287-1646

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

AUG 18 2010

LAWRENCE K. BAERMAN, CLERK
ALBANY

Clerk, United States District Court,
Northern District of New York
James T. Foley U. S. Courthouse
445 Broadway, Albany, New York 12207

Re: Osterweil v. Bartlett, et al

09-CV0825  GLS/DRH

Dear Sir/Madam,

Enclosed please find original and copy of Plaintiff's Notice of Motion with accompanying affidavit and Memorandum in Support.

By copy of this letter, we are forwarding a copy of all the above materials to judge Sharpe and our adversary.

I hereby certify that I mailed the above referenced materials to my adversary with appropriate postage on the same day I have mailed same to your office.

Very truly yours,

*[signature]* 8/17/2010
Alfred G. Osterweil

CC: Hon. Gary L. Sharpe
    Roger W. Kinsey, Esq

P.O.B. 173
SUMMIT, N.Y.
12175

U.S. POSTAGE PAID
SUMMIT, NY
12175
AUG 17
AMOUNT
$1.39
0002978

12207

U.S. DISTRICT COURT
N.D. OF N.Y.
RECEIVED
AUG 18 2010
LAWRENCE K. BAERMAN, CLERK
ALBANY

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
JAMES T. FOLEY U. S. COURTHOUSE
445 BROADWAY
ALBANY, NEW YORK 12207