

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

ANDREW M. CUOMO
Attorney General

STATE COUNSEL DIVISION
Litigation Bureau

Writer Direct: (518) 473-6288
September 23, 2010

Hon. David R. Homer
United States magistrate Judge
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, NY  12207

Re:   *Osterweil, v. Bartlett III, et al.*
      09-CV-0825 (GLS)(DRH)
      Dol.# 09-099033-O

Dear Judge Homer:

   Defendant and Plaintiff herein join in a request to adjourn the dispositive motion date until 30 days after the Plaintiff's pending motion to reinstate Second Amendment claims is decided by the Court.

   Thank you for your consideration in this matter.

                                        Respectfully,

                                        s/ *Roger W. Kinsey*

                                        Roger W. Kinsey
                                        Assistant Attorney General
                                        Bar Roll No. 508171
                                        Roger.Kinsey@ag.ny.gov

cc:   Alfred G. Osterweil
      310 Rossman Fly Road
      Summit , New York 12224