

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

ANDREW M. CUOMO
Attorney General

STATE COUNSEL DIVISION
Litigation Bureau

Writer Direct: (518) 473-6288
September 23, 2010

Hon. David R. Homer
United States magistrate Judge
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, NY 12207

Re: *Osterweil, v. Bartlett III, et al.*
  09-CV-0825 (GLS)(DRH)
  DoI.# 09-099033-O

Dear Judge Homer:

Defendant and Plaintiff herein join in a request to adjourn the dispositive motion date until 30 days after the Plaintiff's pending motion to reinstate Second Amendment claims is decided by the Court.

Thank you for your consideration in this matter.

Respectfully,
/s/ Roger W. Kinsey
Roger W. Kinsey
Assistant Attorney General
Bar Roll No. 508171
Roger.Kinsey@ag.ny.gov

cc: Alfred G. Osterweil
  310 Rossman Fly Road
  Summit, New York 12224

GRANTED.

David R. Homer
U.S. M.J.
9/23/10