**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**ALFRED G. OSTERWEIL,**

                **Plaintiff,**           **1:09-cv-825
                                                     (GLS\DRH)**

      **v.**

**GEORGE R. BARTLETT III,** in his official
capacity as Licensing Officer in the
County of Schoharie,
                **Defendant.**
_____

**APPEARANCES:**                    **OF COUNSEL:**

**FOR THE PLAINTIFF:**
Alfred G. Osterweil
Pro Se
197 Lawson Lane
Many, LA 71449

**FOR THE DEFENDANTS:**
HON. ERIC T. SCHNEIDERMAN    ROGER W. KINSEY
New York State Attorney General    Assistant Attorney General
The Capitol
Albany, NY 12224

**Gary L. Sharpe
District Court Judge**

## MEMORANDUM-DECISION AND ORDER

    Pro se plaintiff Alfred G. Osterweil brings this action pursuant to 42

U.S.C. § 1983 alleging that his constitutional rights, including his Second

Amendment right to bear arms, were violated when he was denied a handgun license pursuant to New York State law. (Dkt. No. 1.) On February 24, 2010, this court dismissed Osterweil's Second Amendment claims, explaining that the Second Amendment did not apply to the states. (*See* Feb. 24, 2010 Order at 6, Dkt. No. 15 (citing *Maloney v. Cuomo*, 554 F.3d 56, 58 (2d Cir. 2009), and *Bach v. Pataki*, 408 F.3d. 75, 84 (2d Cir. 2005)).) Ostwerweil now moves, unopposed, to reconsider that dismissal in light of the Supreme Court's recent decision in *McDonald v. City of Chicago*, --- U.S. ----,130 S. Ct. 3020 (2010), which extends the Second Amendment to the states. (*See* Dkt. Nos. 22, 23.) Because *McDonald* clearly constitutes an "intervening change in controlling law," *see C-TC 9th Ave. P'ship v. Norton Co.* (*In re C-TC 9th Ave. P'ship*), 182 B.R. 1, 2 (N.D.N.Y. 1995), the court grants Osterweil's motion, reverses its prior decision insofar as it dismissed Osterweil's first, second, and third causes of action, and therefore reinstates those causes of action.

**WHEREFORE**, for the foregoing reasons, it is hereby

**ORDERED** that Osterweil's motion for reconsideration (Dkt. No. 22) is **GRANTED**; and it is further

**ORDERED** that this court's February 24, 2010 Memorandum-

Decision and Order is **REVERSED** insofar as it dismissed Osterweil's first, second, and third causes of action; and it is further

    **ORDERED** that Osterweil's first, second, and third causes of action are **REINSTATED**; and it is further

    **ORDERED** that the Clerk provide a copy of this Memorandum-Decision and Order to the parties by regular.

**IT IS SO ORDERED.**

February 4, 2011  
Albany, New York

*/s/ Gary L. Sharpe*  
Gary L. Sharpe  
U.S. District Judge