UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ALFRED G. OSTERWEIL,

             *Plaintiff*,

   -against-

GEORGE R. BARTLETT, III,

             *Defendant*.

**DECLARATION OF SERVICE**

09-CV-0825

GLS/DRH

  I, MARY BETH MARUSKI, declare pursuant to 28 USC § 1746, that on February 4, 2011, I served the **Answer**, filed herein electronically upon the following individual, by depositing a true copy thereof, properly enclosed in a sealed, postpaid wrapper, in a post office box in the City of Albany, a depository under the exclusive care and custody of the United States Postal Service, directed to the individual at the address, designated for that purpose, as follows:

Alfred G. Osterweil
197 Lawson Lane
Many, LA  71449

Dated: February 4, 2011
   Albany, New York

            *s/ Mary Beth Maruski*
             Mary Beth Maruski