| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF NEW YORK | DEFENDANT'S RESPONSE TO PLAINTIFF'S STATEMENT PURSUANT TO LOCAL RULE 7.1 (a)(3) |

ALFRED G. OSTERWEIL,

         *Plaintiff*,    09-CV-825

  -against-         GLS/DRH

GEORGE R. BARTLETT, III., in his official capacity as
Licensing Officer in the County of Schoharie,
         *Defendant*.

Defendant Bartlett by his attorney, Eric T. Schneiderman, Attorney General of the State of New York, responds to plaintiff's statement of material facts pursuant to Local Rule 7.1 (a)(3) states:

1. Admit.

2. Admit.

3. Admit.

4. Admit.

  DATED: Albany, New York
  March 11, 2011

              ERIC T. SCHNEIDERMAN
              Attorney General of the State of New York
              Attorney for Defendant Bartlett
              The Capitol
              Albany, NY 12224

              By: *s/Roger W. Kinsey*
              Roger W. Kinsey
              Assistant Attorney General, of Counsel
              Bar Roll No. 508171
              Telephone: (518) 473-6288
                Fax: (518) 473-1572
              Email: Roger.Kinsey@ag.ny.gov
              DOL #08-078786-O

  TO: Alfred G. Osterweil
      310 Rossman Fly Road
      Summit, New York 12175