ALFRED G. OSTERWEIL
310 ROSSMAN FLY ROAD
P.O, BOX173
SUMMIT, NEW YORK, 12175
PHONE: 518 287-1646
MARCH 21, 2011

Clerk, U. S. District Court,
Northern District of New York
James T. Foley, U.S. Courthouse
445 Broadway
Albany, New York 12207

Re: Osterweil v. Bartlett
09-CV=825
GLS/DRH

Dear Sir,

With reference to the above captioned matter, plerase find original and copy of Memorandum of Law in Opposition to Defendant's Motion for Judgment and as Plaintiff's Reply to Defendant's Answering Brief.

By copy of this letter we are also providing Judge Sharpe with a copy of said Memorandum..

Further, I hereby certify that I have simultaneously forwarded a copy of this document to Roger W. Kinsey, Esq. at The Capitol, Albany, New York 12224, by U.S. Mail, with sufficient postage affixed.

Very truly yours,

Alfred G. Osterweil