UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

In the Matter of the reassignment of                    ORDER
Civil Cases to the Honorable Mae A. D'Agostino          OF REASSIGNMENT

_____


     **ORDERED** that the following cases have been reassigned to the Honorable Mae A. D'Agostino, U.S. District Judge.  Assignment to the Magistrate Judge remains unchanged:


| | Case Number | Caption |
|---|---|---|
| 1) | 1:07-cv-457 (GLS/RFT) | Selective Way Insurance Co., et al v. Nutone, Inc. |
| 2) | 1:07-cv-776 (GLS/RFT) | Burns v. County of Schenectady, et al |
| 3) | 1:08-cv-805 (GLS/RFT) | Hart v. Hudson City School District , et al |
| 4) | 1:08-cv-1096 (GLS/ATB) | Saaidi v.CFAS, LLC, et al |
| 5) | 1:09-cv-142 (GLS/RFT) | Willig v. CSX Transportation, Inc. |
| 6) | 1:09-cv-163 (GLS/RFT) | Carey, et al v. Slingerland, et al |
| 7) | 1:09-cv-427 (GLS/ATB) | Snyder, et al v. Burniche Corporation, et al |
| 8) | 1:09-cv-571 (GLS/VEB) | May v. Commissioner of Social Security |
| 9) | 1:09-cv-590 (GLS/ATB) | Dedrick, et al v. Sheriff of Columbia County, et al |
| 10) | 1:09-cv-748 (GLS/RFT) | Hasbrouck v. Arrow Financial Services, LLC |
| 11) | 1:09-cv-825 (GLS/DRH) | Osterweil v. Bartlett, et al |
| 12) | 1:09-cv-1053 (GLS/GHL) | Deso v. CSX Transportation, Inc. |
| 13) | 1:09-cv-1154 (GLS/DRH) | Lamar v. Institute for Family Health, et al |
| 14) | 1:09-cv-1193 (GLS/RFT) | Burns v. CSX Transportation, Inc. |
| 15) | 1:09-cv-1197 (GLS/RFT) | Dock v. Research Foundation of SUNY |
| 16) | 1:09-cv-1219 (GLS/RFT) | Bergeron v. Commissioner of Social Security |
| 17) | 1:09-cv-1272 (GLS/RFT) | Ransom v. United States |
| 18) | 1:09-cv-1284 (GLS/RFT) | GlobalRock Networks, Inc. v. MCI Communications |
| 19) | 1:09-cv-1436 (GLS/DRH) | Aktas, et al v. JMC Development Co., Inc., et al |
| 20) | 1:10-cv-48 (GLS/RFT) | Gardner, et al v. Travelers Property Casualty Company of America |
| 21) | 1:10-cv-135 (GLS/RFT) | Travelers v. England Stove Works, Inc., et al |
| 22) | 1:11-cv-197 (GLS/DRH) | Complexions, Inc. v. Complexions Day Spa and Wellness Center, Inc., et al |
| 23) | 8:11-cv-221 (GLS/RFT) | Merrill v. The Town of Franklin, NY, et al |
| 24) | 1:11-cv-255 (GLS/DRH) | Chagnon v. Ray Supply Inc., et al |
| 25) | 8:11-cv-290 (GLS/DRH) | HICA Education Loan Corp. v. Odnoha |

Any questions concerning case management should be directed to Britney Norton, Courtroom Deputy Clerk, at (518) 257-1883.

**IT IS SO ORDERED.**

Dated: April 20, 2011
Syracuse, New York

Norman A. Mordue
Chief United States District Court Judge