\* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

_____*NORTHERN*_____ DISTRICT OF _____*NEW YORK*_____

**JUDGMENT IN A CIVIL CASE**

DOCKET NO.   1:09-CV-825 MAD/DRH

**ALFRED G. OSTERWEIL,**
      **Plaintiff(s),**

v.

**GEORGE R. BARTLETT, III,**
      **Defendant(s).**

_____ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___XX___ **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that plaintiff's motion for summary judgment is DENIED in its entirety; ORDERED that defendant's cross motion for summary judgment is GRANTED in its entirety, all in accordance with the Memorandum-Decision and Order of the Honorable Mae A. D'Agostino, U.S. District Judge, signed May 20, 2011.

**DATE:** **May 20, 2011**

_(signature)_
Clerk of Court

By: S/Britney Norton
     _____
     Deputy Clerk