U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

MAY 27 2011

LAWRENCE K. BAERMAN, CLERK
ALBANY

09-CV-825

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alfred G. Ostowell
197 Lawson Lane
Many, LA 71449

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): M Stewart
B. Date of Delivery: 5-23-11
C. Signature
X _____
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail      ☐ Express Mail
☐ Registered         ☒ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label)
7002 0510 0003 4362 5921

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789