United States District Court for the
Northern district of New York

Case No. 09-CV-0825

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
JUN 13 2011
LAWRENCE K. BAERMAN, CLERK
ALBANY

Alfred G. Osterweil

*Plaintiff*

v                                              Notice of Appeal

George Bartlett III

*Defendant*

Notice is hereby given that Alfred G. Osterweil, Plaintiff in the above-named case, does hereby appeal to the United States Court of Appeals for the Second Circuit, from an order dated May 20, 2011, entered by District Court Judge Mae A. D'Agostino, dismissing the complaint.

Alfred G. Osterweil, Plaintiff *pro se*

310 Rossman Fly Road

P. O. Box 173

Summit, New York 12175

Phone: (518) 287-1646     E-Mail: twodogs@midtel.net