United States District Court for the
Northern district of New York

Case No. 09-CV-0825

Alfred G. Osterweil

*Plaintiff*

v                                                          Certification

George Bartlett III
GOWAN, eSQ.

*Defendant*

I hereby certify that on June 13, 2011, I served Roger Kinsey Esq. And James B. McGowan, Esq., at their respective offices, by United States Mail, with a copy of the Notice of Appeal filed herein.

Alfred G.Osterweil, Plaintiff *pro se*                6/13/2011

310 Rossman Fly Road

P. O. Box 173

Summit, New York 12175

Phone: (518) 287-1646       E-Mail: twodogs@midtel.net

U.S. DISTRICT COURT
N.D. OF N.Y.
RECEIVED
JUN 1 3 2011
LAWRENCE K. BAERMAN, CLERK
ALBANY

CLERK, USDC
JAMES T. FOLEY U.S. COURT HOUSE
445 BROADWAY
ALBANY, NY 12207