UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

MANDATE

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of December, two thousand and thirteen.

Before:     Dennis Jacobs,
              John M. Walker, Jr.,
                  *Circuit Judges*,
              Sandra Day O'Connor,
                  U.S. Supreme Court Justice (Ret.)*

Alfred G. Osterweil,

    Plaintiff - Appellant,

**JUDGMENT**
Docket No. 11-2420

v.

George R. Bartlett, III, In his official capacity as Licensing Officer in the County of Schoharie,

    Defendant - Appellee,

David A. Paterson, In his official capacity as Governor of the State of New York, Andrew M. Cuomo, In his official capacity as Attorney General of the State of New York,

    Defendants.

The appeal in the above captioned case from a judgment of the United States District Court for the Northern District of New York was argued on the district court record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is VACATED and REMANDED in accordance with the opinion of this court.

                  For The Court:
                  Catherine O'Hagan Wolfe,
                  Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

* The Honorable Sandra Day O'Connor, Associate Justice (Ret.) Of the United States Supreme Court, sitting by designation.

MANDATE ISSUED ON 01/14/2014