UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ALFRED G. OSTERWEIL,

                                *Plaintiff*,

-against-

GEORGE R. BARTLETT, III, et al.,

                              *Defendants*.

**NOTICE OF APPEARANCE**

09-CV-0825

MAD/DRH

---

       PLEASE TAKE NOTICE that Defendant George R. Bartlett, III hereby appears by the undersigned, whose address and telephone number are as set forth below.

Dated: Albany, New York
          January 24, 2014

                                  ERIC T. SCHNEIDERMAN
                                  Attorney General of the State of New York
                                  Attorney for George R. Bartlett, III
                                  The Capitol
                                  Albany, New York  12224-0341

                                  By: s/Adrienne J. Kerwin
                                  Adrienne J. Kerwin
                                  Assistant Attorney General, of Counsel
                                  Bar Roll No. 105154
                                  Telephone: (518) 474-3340
                                  Fax: (518) 473-1572 (Not for service of papers.)
                                  Email: Adrienne.Kerwin@ag.ny.gov

To:    Alfred G. Osterweil (via U.S. mail)
        197 Lawson Lane
        Many, LA  71449

        Daniel Schmutter, Esq. (via email)
        dschmutter@greenbaumlaw.com