UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ALFRED G. OSTERWEIL, | |
| *Plaintiff*, | **DECLARATION OF SERVICE** |
| -against- | 09-CV-0825 |
| GEORGE R. BARTLETT, III, et al., | MAD/DRH |
| *Defendants*. | |

---

I, SANDRA M. SCHNAPP, declare pursuant to 28 USC § 1746, that on January 24, 2014, I served the annexed **Notice of Appearance** upon the following individual, by depositing a true copy thereof, properly enclosed in a sealed, postpaid wrapper, in a post office box in the City of Albany, a depository under the exclusive care and custody of the United States Postal Service, directed to the individual at the address, designated for that purpose, as follows:

Alfred G. Osterweil
197 Lawson Lane
Many, LA  71449


Dated: January 24, 2014
         Albany, New York

*s/ Sandra M. Schnapp*
SANDRA M. SCHNAPP