UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

In the Matter of the reassignment of                          ORDER
Civil Case to the Honorable Christian F. Hummel               OF REASSIGNMENT

_____

     **ORDERED** that the following case has been randomly reassigned to the Honorable Christian F. Hummel, U.S. Magistrate Judge. This case will remain assigned to the Honorable Mae A. D'Agostino, U.S. District Judge:

| **Case Number** | **Caption** |
| --- | --- |
| 1:09-cv-825 (MAD/DRH) | Osterweil v. Bartlett, et al |

**IT IS SO ORDERED.**

Dated: January 27, 2014  
Albany, New York

_____  
Gary L. Sharpe  
Chief U.S. District Judge