AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| ALFRED G. OSTERWEIL, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:09-cv-825 (MAD/DRH) |
| GEORGE R. BARTLETT, III, | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Alfred G. Osterweil                                                              .

Date:   01/28/2014                                  s/ DANIEL L. SCHMUTTER
                                                                   *Attorney's signature*

                                                          Daniel L. Schmutter
                                                  *Printed name and bar number*

                                          Greenbam, Rowe, Smith & Davis LLP
                                                        P.O. Box 5600
                                                Woodbridge, NJ  07095-0988

                                                              *Address*

                                              dschmutter@greenbaumlaw.com
                                                          *E-mail address*

                                                          (732) 549-5600
                                                        *Telephone number*

                                                          (732) 549-1881
                                                           *FAX number*