* * * * * UNITED STATES DISTRICT COURT * * * * *

<u>   NORTHERN   </u> DISTRICT OF <u>   NEW YORK   </u>

## JUDGMENT IN A CIVIL CASE

**ALFRED G. OSTERWEIL,**
        **Plaintiff,**

      vs.                                   1:09-cv-825 (MAD/CFH)

**GEORGE R. BARTLETT, III,**
        **Defendant.**


<u>   XX   </u> **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**, that this action is DISMISSED; and the Court further ORDERS that the Clerk of the Court shall enter judgment in Plaintiff's favor and close this case; and the Court further ORDERS that any application for costs and attorneys' fees must be submitted to the Court within THIRTY (30) DAYS from the filing date of the Decision and Order., all in accordance with the Decision and Order of the Honorable Mae A. D'Agostino, U.S. District Judge, signed February 7, 2014.

**DATE:** <u>  February 7, 2014  </u>

*[signature]*
Clerk of Court

                                        S/Britney Norton
                                        By: Deputy Clerk