| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF NEW YORK | NOTICE OF MOTION/MOTION FOR AWARD OF COUNSEL FEES AND COSTS PURSUANT TO 42 U.S.C. §1988 |
| ALFRED G. OSTERWEIL, | |
|                                    *Plaintiff*, | 09-CV-825<br>MAD/CFH |
|         -against- | |
| GEORGE R. BARTLETT, III., in his official capacity as Licensing Officer in the County of Schoharie,<br>                                   *Defendant*. | |

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Daniel L. Schmutter, Esq., Declaration of Paul D. Clement, Esq, and Declaration of Alfred G. Osterweil, all dated March 10, 2014, the exhibits attached thereto, Memorandum of Law, and upon the pleadings and all prior papers by and between the parties of this action, the undersigned shall move and hereby moves for an order pursuant to 42 U.S.C. §1988 and Fed. R. Civ. P. 54(d)(2) granting Plaintiff counsel fees and costs of no less than $238,871.32, together with disbursements and expenses in the amount of $6,180.03, for a total allowance of no less than $245,051.35 as a prevailing party in this action, together with such other and further relief as the Court may deem just and proper, returnable May 6, 2014, at 9:00 a.m., before the Hon. Mae A. D'Agostino, United States District Judge, United States District Court, Northern District of New York, James T. Foley U.S. Courthouse, 445 Broadway, Albany, NY 12207.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff does not request oral argument.

DATED:  March 10, 2014

                                         GREENBAUM, ROWE, SMITH & DAVIS LLP
                                         99 Wood Avenue South
                                         Iselin, New Jersey 08830
                                         (732) 549-5600
                                         Attorneys for Plaintiff, Alfred G. Osterweil

                                              s/ Daniel L. Schmutter
                                         DANIEL L. SCHMUTTER
                                         Bar Roll No. 507669
                                         Email: dschmutter@greenbaumlaw.com

To:

Adrienne J. Kerwin
Office of Attorney General - Albany
State of New York
The Capitol
Albany, NY 12224