UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ALFRED G. OSTERWEIL,

                              *Plaintiff*,                09-CV-825
                                                                       MAD/CFH

-against-

GEORGE R. BARTLETT, III., in his official capacity as
Licensing Officer in the County of Schoharie,
                                                      *Defendant.*

## DECLARATION OF PROOF OF SERVICE

      DANIEL L. SCHMUTTER, an attorney duly admitted to practice law before this court, affirms under penalty of perjury that:

      1.    I am an attorney-at-law of the State of New Jersey and a partner in the the law firm of Greenbaum, Rowe, Smith & Davis LLP. In this capacity, I am fully familiar with the facts stated below and make this Declaration from my own personal knowledge.

      2.    On March 10, 2014, I caused the following documents to be filed *via* ECF to the Clerk at the United States District Court, Northern District of New Jersey:

- Notice of Motion for Award of Counsel Fees and Costs Pursuant to 42 U.S.C. §1988 ;
- Memorandum of Law in Support of Motion for Award of Counsel Fees;
- Declaration of Daniel L. Schmutter, Esq.;
- Declaration of Paul D. Clement, Esq.;
- Declaration of Alfred G. Osterweil; and
- Declaration of Proof of Service.

      3.    On the same date, I cause a copy of the aforesaid documents to be served via ECF upon:

      Adrienne J. Kerwin
      Office of Attorney General - Albany
      State of New York
      The Capitol
      Albany, NY 12224

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: March 10, 2014

                                                s/ Daniel L. Schmutter
                                                DANIEL L. SCHMUTTER