

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct: (518) 474-3340

March 31, 2014

Honorable Mae A. D'Agostino (via ECF)
United States District Judge
United States District Court
Northern District of New York
James T. Foley - U.S. Courthouse
445 Broadway, Room 509
Albany, NY 12207-2924


Re: *Osterweil v. Bartlett, et al*
Northern District of New York
09-CV-0825 (MAD)(DRH)

Dear Judge D'Agostino:

On behalf of the defendant in the above-referenced action, I respectfully request a one week extension to respond to plaintiff's attorney fee application. Counsel for the plaintiff has graciously consented to my request. To the extent that plaintiff's counsel wishes for additional time to submit a reply, I have no objection.

Thank you for your consideration of this matter.

Respectfully yours,

s/ Adrienne J. Kerwin

Adrienne J. Kerwin
Assistant Attorney General
Bar Roll No. 105154
Adrienne.Kerwin@ag.ny.gov

cc: Daniel L. Schmutter, Esq. (via ECF)