UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ALFRED G. OSTERWEIL,

**DECLARATION OF**
*Plaintiff*,               **SERVICE**

-against-                  09-CV-0825

GEORGE R. BARTLETT, III, et al.,               MAD/DRH

*Defendants*.

---

      I, ADRIENNE J. KERWIN, declare pursuant to 28 USC § 1746, that on March 31, 2014,

I served the **request for extension of time to respond to attorney fee application**, filed herein

electronically upon the following individuals, using the Court's ECF system, and received a

Notice of Electronic Filing confirming that service:


Daniel L. Schmutter, Esq., dschmutter@greenbaumlaw.com


Dated: March 31, 2014
       Albany, New York


                s/ Adrienne J. Kerwin
                Adrienne J. Kerwin