

## Greenbaum Rowe Smith & Davis LLP
### COUNSELORS AT LAW

METRO CORPORATE CAMPUS ONE
P.O. BOX 5600
WOODBRIDGE, NJ 07095-0988
(732) 549-5600    FAX (732) 549-1881

DELIVERY ADDRESS: 99 WOOD AVENUE SOUTH, ISELIN, NJ 08830-2712

DANIEL L. SCHMUTTER, ESQ.
(732) 476-2540 - DIRECT DIAL
(732) 476-2541 - DIRECT FAX
DSCHMUTTER@GREENBAUMLAW.COM

INFO@GREENBAUMLAW.COM
WWW.GREENBAUMLAW.COM

ROSELAND OFFICE:
75 LIVINGSTON AVENUE
SUITE 301
ROSELAND, NJ 07068-3701
(973) 535-1600
FAX (973) 535-1698

April 21, 2014

Via ECF

Honorable Mae A. D'Agostino, U.S.D.J.
United States District Court
Northern District of New York
James Hanley Federal Building
U.S. Courthouse
100 S. Clinton Street
Syracuse, NY 13261-7567

    Re:  **Osterweil v. Bartlett, et al.**
       **Case No.: 1:09-cv-00825-MAD-CFH**
       **Our File No.: 23251/1**

Dear Judge D'Agostino:

  We represent Plaintiff, Alfred Osterweil, in the above-captioned matter.

  Please accept this letter as Mr. Osterweil's request for leave to file a reply in connection with his motion for an award of fees and costs.

  On or about March 10, 2014, Mr. Osterweil moved for an award of fees and costs as a prevailing party in this action pursuant to 42 U.S.C. §1988. On April 7, 2014, Defendant filed his opposition.

  Due to the numerous factual and legal issues raised in Defendant's opposition, Mr. Osterweil seeks leave to file a reply, as such issues were not and could not be addressed in his initial moving papers. In light of court ordered depositions I am attending to in another matter, we respectfully request that Mr. Osterweil be given leave to file a reply on or before May 9, 2014. Defendant consents to this request in its entirety.

2822924.1

Greenbaum Rowe
Smith & Davis LLP

Honorable Mae A. D'Agostino, U.S.D.J.
April 21, 2014
Page 2

We thank the Court for its courtesies in this matter

Respectfully submitted

/s/ Daniel L. Schmutter

Daniel L. Schmutter

DLS:amh

Cc    Alfred Osterweil (Via email)
      Adrienne J. Kerwin, Office of Attorney General - Albany (Via ECF)

2822924.1